J86

1  LAW OFFICES
   SCHURMER & DRANE
2  Earl S. Schurmer SBN 150164
   500 Esplanade Drive, Suite 1540
3  Oxnard, CA 93030
   Telephone (805) 981-0764
4  Fax (805) 650-6063

5  Attorneys for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
DEC 12 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO BARROSO,<br><br>      Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT U.S.A., INC. and DOES 1-20, Inclusive,<br><br>      Defendants. | CASE NO. cv11-08844 R(SSx)<br><br>[PROPOSED] ORDER REMANDING TO STATE COURT |

Based on the foregoing Stipulation by and between the Parties, IT IS HEREBY ORDERED that this action be remanded to the Superior Court of California for Ventura County.

DATED: Dec. 12, 2011

_____
JUDGE

RECEIVED
BUT NOT FILED

DEC - 9 2011

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

-1-